UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MYRON REYES,<br><br>             Plaintiff,<br><br>   v.<br><br>BELLO,<br><br>             Defendant. | No. 2:17-cv-0032 DB P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

On October 2, 2017, a court order was served on plaintiff's address of record directing him to submit either: (1) the filing fees for his complaint, or (2) a properly completed in forma pauperis form. (See ECF No. 6). Approximately two weeks later, the order was returned to the court by the postal service as undeliverable. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than fifty-three days have passed since the court order was returned by the postal service, and plaintiff has failed to notify the court of a current address.

Accordingly, IT IS HEREBY ORDERED that a district judge be assigned to this case, and IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 11, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/reye0032.33a